RECEIVED
IN ALEXANDRIA, LA.

FEB 29 2012

TONY R. MOORE, CLERK
BY_____
         DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| ALLEN DAVIDSON,<br>    Plaintiff | CIVIL ACTION<br>SECTION "P"<br>1:11-CV-00094 |
| VERSUS | |
| TIM WILKINSON,<br>    Defendant | JUDGE James T. Trimble, Jr.<br>MAGISTRATE JUDGE JAMES D. KIRK |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that defendants' motion to dismiss (Doc. 17) is DENIED.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana, on this 29th day of February, 2012.

_____
James T. Trimble, Jr.
UNITED STATES DISTRICT JUDGE