RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
DATE 1/25/13
JDB

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| ALLEN DAVIDSON,<br>    Plaintiff<br><br>VERSUS<br><br>WINN CORRECTIONAL CENTER, et al.,<br>    Respondent | CIVIL ACTION<br>SECTION "P"<br>1:11-CV-00094<br><br><br>JUDGE JAMES T. TRIMBLE, JR.<br>MAGISTRATE JUDGE JAMES D. KIRK |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that defendants' motion to dismiss (Doc. 23) is GRANTED and Davidson's complaint is DISMISSED WITHOUT PREJUDICE.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana, on this 28th day of January, 2012.

                                                              JAMES T. TRIMBLE, JR.
                                                              UNITED STATES DISTRICT JUDGE